JOHNSTON, Respondent, v. RYAN, Appellant. (Supreme Court, Appellate Division, First Department. October 28, 1910.) Action by William W. Johnston against John D. Ryan. J. A. Garver, for appellant. G. E. Cogs-

well, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 N. Y. Supp. 1123.